# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI S. BARBER, | 1:10at0565 |
| Plaintiff, | ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND ORDERING PLAINTIFF TO PAY THE $350.00 FILING FEE WITHIN FIFTEEN DAYS |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Document 3) |
| Defendant. | |

Plaintiff Vicki Barber filed the instant appeal of her denial of Social Security benefits on July 30, 2010.

Plaintiff also filed an application to proceed in forma pauperis. An examination of her application reveals that Plaintiff is able to afford the costs of this action. Plaintiff indicates that her spouse receives income in the amount of $4,100 per month. Plaintiff also has $1,000 in a checking account.

Accordingly, the motion to proceed in forma pauperis is DENIED. See 28 U.S.C. § 1915. Plaintiff is ORDERED to pay the $350.00 filing fee within fifteen (15) days of the date of service of this order. Failure to follow this order may result in a recommendation that the action be dismissed pursuant to Local Rule 110.

IT IS SO ORDERED.

**Dated:   August 4, 2010**          /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE